AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CONRAD, GLEN E | 2. Court or Organization<br><br>US DISTRICT COURT | 3. Date of Report<br><br>05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>210 FRANKLIN RD - ROOM 320<br>P O BOX 2822<br>ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | The Ted Dalton American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 A 8:45 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Ted Dalton American Inn of Court, Roanoke, VA | Registration fee, lodging, food, and transportaiton expenses to attend national leadership conference; Salt Lake City, UT 5/19-22/2005 |
| 2. | College of William and Mary, Marshall-Wythe School of Law, Williamsburg, VA | Food and lodging expenses to judge moot court competition, Williamsburg, VA; 2/18-20/2005 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

$\boxed{X}$ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

$\boxed{X}$ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bell South Corp. CS | A | Dividend | K | T | | | | | |
| 19. Wachovia Corp. CS | A | Dividend | K | T | | | | | |
| 20. FBR Virginia Tax Free Bond Fund (See VIII) | A | Dividend | L | T | | | | | |
| 21. Wachovia Bank (checking account)(See VIII) | A | Interest | - L | T | | | | | |
| 22. Vacation home (1/5 interest) Dare County, NC | D | Rent | M | Q | | | | | |
| 23. Gateway Inc. CS | | None | J | T | | | | | |
| 24. Abbott Laboratories CS | A | Dividend | L | T | | | | | |
| 25. Pfizer Inc. CS | A | Dividend | K | T | | | | | |
| 26. Comcast Corp. CS | | None | J | T | | | | | |
| 27. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 28. FBR Virginia Tax Free Bond Fund | B | Dividend | M | T | | | | | |
| 29. Stamp collection | | None | L | W | | | | | |
| 30. Coin collection | | None | J | W | | | | | |
| 31. Wyeth Inc. CS | A | Dividend | J | T | | | | | |
| 32. MEDCO Health CS | | None | J | T | | | | | |
| 33. Archer Daniels Midland Co. CS | A | Dividend | K | T | | | | | |
| 34. Black & Decker - CS | A | Dividend | J | T | Sell | 04/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | er (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. BP PLC CS | A | Dividend | J | T | | | | | |
| 36. Berkshire Hathaway, Inc. CS | | None | J | T | | | | | |
| 37. Burlington Resources, Inc. CS | A | Dividend | K | T | Partial sale | 09/05 | J | B | |
| 38. Conagra Foods, Inc. CS | A | Dividend | J | T | | | | | |
| 39. Danaher Corp. CS | A | Dividend | J | T | | | | | |
| 40. Fluor Corp. CS | A | Dividend | K | T | | | | | |
| 41. Gillette Co. CS | A | Dividend | J | T | Merged w/P&G | 10/05 | J | | |
| 42. Harris Corp. CS | A | Dividend | K | T | | | | | |
| 43. IShares MSCI Japan Index Fund | A | Dividend | J | T | | | | | |
| 44. New River Pharmaceuticals CS | | None | N | T | | | | | |
| 45. Newmont Mining Corp. CS | A | Dividend | K | T | | | | | |
| 46. Perot Systems Corp. CS | | None | J | T | Sell | 03/05 | J | A | |
| 47. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 48. Questar Corp. CS | A | Dividend | J | T | Partial sale | 10/05 | J | A | |
| 49. Sara Lee Corp. CS | A | Dividend | J | T | Sell | 11/05 | J | A | |
| 50. Schlumberger LTD CS | A | Dividend | K | T | | | | | |
| 51. Telecom Corp. LTD CS | A | Dividend | J | T | Sell | 11/05 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line #5 - Appraisal date - May 2004
Line #20 and #21 - ▮▮▮▮▮wnership ▮▮▮▮▮
Line #22 - Appraisal date - September 1999

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E | 05/08/2006 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____5-8-06____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544